**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Cecilia Clinkscale v. Leiroi Mickele Daniels

Appellate case number:   01-14-00968-CV

Trial court case number: 2012-58724

Trial court:             113th District Court of Harris County

Appellant's Motion for Extension of Time to File Notice of Appeal is **GRANTED**. Appellant's Notice of Appeal is considered timely filed as of December 2, 2014.

It is so ORDERED.

Judge's signature: /s/ Harvey Brown
☑ Acting individually    ☐ Acting for the Court

Date: January 8, 2015